UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| CAMDEN OFFICE | DECEMBER 20, 2024 |
| JUDGE EDWARD S. KIEL | DATE OF PROCEEDINGS |

COURT REPORTER: Ann Marie Mitchell

Docket # 22-cv-06971-ESK-SAK

TITLE OF CASE:
JOHN A. FERNICOLA, *et al.*
    PLAINTIFFS,
      v.

BOROUGH OF POINT PLEASANT BEACH, *et al.*,
    DEFENDANTS.

VIDEO APPEARANCES:
Corrine McCann Trainor, Esqs. for Plaintiffs.
Patrick F. Varga, Esq. for Defendants.

NATURE OF VIDEO PROCEEDINGS:    MOTION HEARING
Hearing on Defendant's [29] MOTION to Dismiss;
Ordered motion administratively terminated and matter referred to mediation.
Order to be entered.

Time commenced: 9:00 a.m.
Time Adjourned: 9:32 a.m.

Total Time: 32 min.

                                              s/*GN*
                                              DEPUTY CLERK